## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 03, 2023

Mr. Brandon Carrier
Carter County Detention Center
900 Third Street
Elizabethton, TN 37643

      Re: Case No. 23-5872, *Brandon Carrier v. Matt Patterson*
         Originating Case No. : 2:23-cv-00080

Dear Mr. Carrier,

 This appeal has been docketed as case number **23-5872** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

 This court must determine the appellate fee status of each new appeal. The district court's grant of pauper status at the beginning of the case does not automatically carry over to the appeal. A new determination is necessary.

 The district court has certified that an appeal would not be taken in good faith and/or denied you leave to proceed on appeal *in forma pauperis*. As the appellant, you are responsible for paying the $505.00 filing fee for this appeal. If you cannot pay the fee in one lump sum, you may file a motion for pauper status. You have until **November 2, 2023** to either pay the $505.00 appellate filing fee to the U.S. District Court, or complete and return the enclosed motion for leave to proceed on appeal *in forma pauperis*, along with a financial affidavit and six-month prison trust account statement with the United States Court of Appeals for the Sixth Circuit. **Failure to do one or the other may result in the dismissal of the appeal without further notice**.

 The Clerk's office cannot give pro se litigants legal advice but questions about the forms or electronic case filing may be directed to the case manager.

                Sincerely yours,

                s/Ryan E. Orme
                Case Manager
                Direct Dial No. 513-564-7079

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-5872

BRANDON CARRIER

    Plaintiff - Appellant

v.

MATT PATTERSON, Captain of Carter County Jail

    Defendant - Appellee